UNITED STATES DISTRICT COURT
THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**IN RE: DAVOL, INC./C.R. BARD, INC., POLYPROPYLENE HERNIA MESH PRODUCTS LIABILITY LITIGATION**

Case No. 2:18-md-2846

Judge Edmund A. Sargus, Jr.
Magistrate Judge Kimberly A. Jolson

**This document relates to:**
*Hargrow v. C.R. Bard, Inc., et al.*
Case No. 2:23-cv-771

## ORDER

On August 26, 2021, Plaintiff Denise Hargrow filed a complaint in Rhode Island Superior Court under Case No. PC-2021-05556. (ECF No. 3.) On February 24, 2023, through different counsel, Plaintiff filed a complaint in this MDL, alleging injuries caused by the Ventrio ST hernia mesh device. (ECF No. 1.) On April 19, 2023, Defendants filed a motion to dismiss the instant action as duplicative of Case No. PC-2021-05556 because they "allege injury from the same device, and the Counts in the two complaints overlap." (ECF No. 3 at PageID #12.) Plaintiff did not file a response, and the Court will therefore treat the motion as unopposed. Accordingly, Defendants' motion (ECF No. 3) is **GRANTED** and this case is **DISMISSED**.

IT IS SO ORDERED.

**5/15/2023**    s/Edmund A. Sargus, Jr.
**DATE**    **EDMUND A. SARGUS, JR.**
    **UNITED STATES DISTRICT JUDGE**